

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-84,178-01

### EX PARTE ABSALON CUARTAS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F-2008-0072-E WHC 1 IN THE 367TH DISTRICT COURT
### FROM DENTON COUNTY

YEARY, J., filed a dissenting opinion.

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, ___

S.W.3d ___, No. WR-82,101-01, 2015 WL 6518272 (Tex. Crim. App. Oct. 28, 2015).


FILED: January 27, 2016
DO NOT PUBLISH